IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| WILLIE MAE CONNER, | : |
| Plaintiff, | : |
| vs. | :    CA 14-0393-C |
| CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security, | : |
| Defendant. | : |

## JUDGMENT

In accordance with the memorandum opinion and order entered on this date, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that the decision of the Commissioner of Social Security denying plaintiff benefits be affirmed pursuant to 42 U.S.C. § 405(g).

**DONE** this the 23rd day of March 2016.

 s/WILLIAM E. CASSADY
**UNITED STATES MAGISTRATE JUDGE**